**DISMISS and Opinion Filed September 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00929-CV
No. 05-14-00930-CV
No. 05-14-00931-CV
No. 05-14-00932-CV
No. 05-14-00933-CV

**FINANCIAL CASUALTY COMPANY, Appellant**

**V.**

**MARK HUNT, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F-12-34988-Y, F-12-58322-Y, F-13-33450-Y,**
**F-13-53592-Y, and F-13-53593-Y**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

In notices dated July 18, 2014 and August 28, 2014, the Court informed appellant in each of the above-listed appeals that the $195 filing fee was past due. Appellant was instructed to pay the fee within ten days. We cautioned appellant that if it failed to pay the fee within the time requested, the Court would dismiss the appeals without further notice.

As of today's date, appellant has not paid the filing fee in these five appeals. Accordingly, we dismiss these appeals for want of prosecution. *See* TEX. R. APP. P. 42.3(b).

140929F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

FINANCIAL CASUALTY COMPANY, Appellant

No. 05-14-00929-CV     V.

MARK HUNT, Appellee

On Appeal from the Criminal District Court No. 7, Dallas County, Texas.
Trial Court Cause No. F-12-34988-Y.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee MARK HUNT recover his costs of this appeal from appellant FINANCIAL CASUALTY COMPANY.

Judgment entered September 16, 2014



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

FINANCIAL CASUALTY COMPANY,
Appellant

No. 05-14-00930-CV     V.

MARK HUNT, Appellee

On Appeal from the Criminal District Court
No. 7, Dallas County, Texas.
Trial Court Cause No. F-12-58322-Y.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee MARK HUNT recover his costs of this appeal from appellant FINANCIAL CASUALTY COMPANY.

Judgment entered September 16, 2014



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

FINANCIAL CASUALTY COMPANY,
Appellant

No. 05-14-00931-CV        V.

MARK HUNT, Appellee

On Appeal from the Criminal District Court
No. 7, Dallas County, Texas.
Trial Court Cause No. F-13-33450-Y.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee MARK HUNT recover his costs of this appeal from appellant FINANCIAL CASUALTY COMPANY.

Judgment entered September 16, 2014

–4–



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

FINANCIAL CASUALTY COMPANY,
Appellant

No. 05-14-00932-CV      V.

MARK HUNT, Appellee

On Appeal from the Criminal District Court
No. 7, Dallas County, Texas.
Trial Court Cause No. F-13-53592-Y.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee MARK HUNT recover his costs of this appeal from appellant FINANCIAL CASUALTY COMPANY.

Judgment entered September 16, 2014



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

FINANCIAL CASUALTY COMPANY,
Appellant

No. 05-14-00933-CV     V.

MARK HUNT, Appellee

On Appeal from the Criminal District Court
No. 7, Dallas County, Texas.
Trial Court Cause No. F-13-53593-Y.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee MARK HUNT recover his costs of this appeal from appellant FINANCIAL CASUALTY COMPANY.

Judgment entered September 16, 2014